Elizabeth Gilbertson, Now Known as Elizabeth Frey, Plaintiff-Appellant, v. Elmer G. Gilbertson, Defendant-Appellee.

Gen. No. 51,973. (Abstract of Decision.)

First District, Second Division.

December 1, 1967.

Jacobs and Lieberman, of Chicago (Eugene Lieberman, of counsel), for appellant; Sheldon S. Mells, of Chicago (Sheldon S. Mells, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.